[8comp521] [ORDER DETERMINING DEBTOR'S COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                                                              Case No. 9:10–bk–19533–DHA
                                                                                                    Chapter 13

Nancy Allyn
14861 Donatello Court
Bonita Springs, FL 34135




_____Debtor*_____/

ORDER DETERMINING DEBTOR'S
COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

   Pursuant to 11 U. S. C. Section 521(a), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U. S. C. 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the Debtor has complied with the information filing requirements of 11 U. S. C. Section 521(a). Accordingly, it is

   **ORDERED**:

   1. This case is not subject to automatic dismissal under 11 U.S.C. Section 521(i)(1) or (2).

   2. If any party in interest has any reason to contest the Court's finding that the Debtor has filed all information required by 11 U.S.C. Section 521(a), that party shall file a Motion for Reconsideration not later than twenty–one (21) days from the date of the entry of this Order, and serve such motion on the Trustee, Debtor and Debtor's counsel, if any. The motion should specifically identify the information required by 11 U.S.C. Section 521(a) that the Debtor has failed to file.

   **DONE** and **ORDERED** in Chambers at Tampa, Florida on September 1, 2010 .

_____
David H. Adams
United States Bankruptcy Judge

   *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 113A-9           User: bugayd               Page 1 of 2                    Date Rcvd: Sep 01, 2010
Case: 10-19533                 Form ID: 8comp521          Total Noticed: 37


The following entities were noticed by first class mail on Sep 03, 2010.
db          +Nancy Allyn,   14861 Donatello Court,    Bonita Springs, FL 34135-8284
cr          +Wells Fargo Bank, NA,    c/o Kevin L. Hing, Esq.,   4630 Woodland Corporate Blvd,   Suite 100,
              Tampa, FL 33614-2429
18881300    +American Express,   c/o Becket and Lee LLP,    Po Box 3001,   Malvern, PA 19355-0701
18881301    +Anchor Health Centers,    801 Anchr Rode Dr. Ste.300,   Naples, FL 34103-2741
18881302    +Arrow Financial Services,    5996 W Touhy Ave,   Niles, IL 60714-4610
18881303    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
18881304    +Bk Of Amer,   4161 Piedmont Parkway,    Greensboro, NC 27410-8119
18881305    +Chase,   9451 Corbin Avenue,   Northridge, CA 91324-1665
18881306    +Cit Fin Serv,   Po Box 24610,   Oklahoma City, OK 73124-0610
18881307    +Citi Financial Mortgage,    Attention: Bankruptcy Department,    Po Box 140069,
              Irving, TX 75014-0069
19000552     CitiFinancial, Inc,    P.O. Box 140489,   Irving, TX 75014-0489
18881308    +Delta Community Credit,    1025 Viriginia Ave,   Atlanta, GA 30354-1319
18940246     Department of Revenue,    PO Box 6668,   Tallahassee FL 32314-6668
18881310    +Enhanc Rcvry,   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18881311    +FBCS,   2200 Byberry Rd, STE 120,    Hatboro, PA 19040-3797
18881312    +Florida Gulf Coast E,N,T LLC,    P.O. Box 111021,   Naples, FL 34108-0118
18881313    +Fncc,   Attn: Bankruptcy,    Po Box 5097,   Sioux Falls, SD 57117-5097
18940247   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA 19114)
18881316    +IRS,   Centralized Insolvency,    P.O. Box 9011,   Holtsville, NY 11742-9011
18881315    +Intl Collection Service,    27308 Old 41 Road #1,   Bonita Springs, FL 34135-5419
18881317    +Lee County BOCC-EMS,    PO Box 552059,   Tampa, FL 33655-0001
18881319    +Midland Credit Management,    Po Box 939019,   San Diego, CA 92193-9019
18957175    +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18881321     NCH HEALTH CARE SYSTEMS,    P.O. BOX 8569,   Naples, FL 34101-8569
18881320    +Naples Heart Rythm,    P.O. Box 166322,   Miami, FL 33116-6322
18940248    +Office of US Attorney,    Attn Civil Process Clerk,   400 North Tampa St Suite 3200,
              Tampa FL 33602-4774
18881323    +Portfolio Rc,   Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541-1067
18881324    +Professional Adjmnt Co,    14410 Metropolis Ave,   Fort Myers, FL 33912-4341
18881325    +Regence Health Centers, Inc,    9500 Bonita Beach Road,   Suite 310,
              Bonita Springs, FL 34135-4698
18881326    +Robin Roth PA,   P.O. Box 667838,    Miami, FL 33166-9406
18881327    +The Bureaus Inc,   1717 Central St,    Evanston, IL 60201-1590

The following entities were noticed by electronic transmission on Sep 02, 2010.
18964860     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2010 04:41:32      Discover Bank,
              Dfs Services LLC,    PO Box 3025,   New Albany, OH   43054-3025
18881309    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2010 04:41:32      Discover Fin,
              Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
18881314    +E-mail/Text: brown3@gulfcoastcollection.com                          Gulf Coast Collection,
              5630 Marquesas Cir,    Sarasota, FL 34233-3331
18881318    +E-mail/Text: resurgentbknotifications@resurgent.com                           Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
18881322    +E-mail/Text: bnc@nordstrom.com                           Nordstrom FSB,
              Attention: Bankruptcy Department,    Po Box 6555,   Englewood, CO 80155-6555
18955356    +E-mail/Text: bnc@nordstrom.com                           Nordstrom fsb,   P.O. Box 6566,
              Englewood, CO 80155-6566
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +CitiFinancial, Inc,    P O Box 140489,   Irving, TX 75014-0489
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 113A-9          User: bugayd            Page 2 of 2              Date Rcvd: Sep 01, 2010
Case: 10-19533                Form ID: 8comp521       Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**                    **Signature:**    *Joseph Speetjens*