**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CHAPTER 13 PLAN**

Debtor(s):  **Nancy Allyn**                                         Case No:  **9:10-bk-19533**

[____ Amended (if applicable)] Chapter 13 Plan

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor[1] to pay to the Trustee for the period of __**36**__ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's pro-rata under the plan:

A.   $ **286.62**           for months  **1**      to  **36**     ;
B.   $ _____            for months  _____   to  _____    ;
C.   $ _____            for months  _____   to  _____    ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $   3,000.00    TOTAL PAID $   1,500.00**

**Balance Due $  1,500.00   Payable Through Plan $   250.00   Monthly**

**3. PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

| Name of Creditor | Total Claim |
|---|---|
| IRS | 0.00 |

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Payment in Plan |
|---|---|---|
| Chase | 14861 Donatello Ct, Bonita Springs, FL 34135 | 1,432.00 |

**(A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through the Plan**: Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| -NONE- | | | |

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|
| -NONE- | | | |

---

[1] All references to "Debtor" includes and refers to both of the debtors in a case filed jointly by two individuals.

1

**(C) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad. Prot Pmt. | Sec. Balance | Interest @ _____%. |
|---|---|---|---|---|
| -NONE- | | | | |

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**

| Creditor | Collateral | Ad. Prot Pmt. In Plan | Value | Interest @ ____ |
|---|---|---|---|---|
| -NONE- | | | | |

**(E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot. Pmt. In Plan | Arrearages |
|---|---|---|---|
| Cit Fin Serv | Automobile | 216.80 | 0.00 |

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| None | |

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Chase | 14861 Donatello Ct, Bonita Springs, FL 34135 |

**SECURED-LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| Bank Of America | 14861 Donatello Ct, Bonita Springs, FL 34135 | 139,734.00 |

**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| -NONE- | | | |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $  **6,796.16**  .

**ADDITIONAL PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

2. Payments made to any creditor shall be based upon the amount set forth the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

5. Case Specific Provisions:

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                                  Best Case Bankruptcy

**/s/ Nancy Allyn**_____ Debtor                    Dated: **August 31, 2010**_____

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# CERTIFICATE OF NOTICE

```
District/off: 113A-9          User: bugayd              Page 1 of 2                  Date Rcvd: Sep 01, 2010
Case: 10-19533                Form ID: pdfdoc           Total Noticed: 37


The following entities were noticed by first class mail on Sep 03, 2010.
db           +Nancy Allyn,    14861 Donatello Court,     Bonita Springs, FL 34135-8284
cr           +Wells Fargo Bank, NA,    c/o Kevin L. Hing, Esq.,     4630 Woodland Corporate Blvd,    Suite 100,
               Tampa, FL 33614-2429
18881300     +American Express,    c/o Becket and Lee LLP,     Po Box 3001,    Malvern, PA 19355-0701
18881301     +Anchor Health Centers,    801 Anchr Rode Dr. Ste.300,     Naples, FL 34103-2741
18881302     +Arrow Financial Services,    5996 W Touhy Ave,     Niles, IL 60714-4610
18881303     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,     Po Box 26012,    Greensboro, NC 27420-6012
18881304     +Bk Of Amer,    4161 Piedmont Parkway,    Greensboro, NC 27410-8119
18881305     +Chase,   9451 Corbin Avenue,    Northridge, CA 91324-1665
18881306     +Cit Fin Serv,    Po Box 24610,    Oklahoma City, OK 73124-0610
18881307     +Citi Financial Mortgage,    Attention: Bankruptcy Department,     Po Box 140069,
               Irving, TX 75014-0069
19000552      CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
18881308     +Delta Community Credit,    1025 Viriginia Ave,     Atlanta, GA 30354-1319
18940246      Department of Revenue,    PO Box 6668,    Tallahassee FL 32314-6668
18881310     +Enhanc Rcvry,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18881311     +FBCS,   2200 Byberry Rd, STE 120,     Hatboro, PA 19040-3797
18881312     +Florida Gulf Coast E,N,T LLC,     P.O. Box 111021,    Naples, FL 34108-0118
18881313     +Fncc,   Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
18940247    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,     P.O. Box 21126,    Philadelphia, PA 19114)
18881316     +IRS,   Centralized Insolvency,    P.O. Box 9011,     Holtsville, NY 11742-9011
18881315     +Intl Collection Service,    27308 Old 41 Road #1,     Bonita Springs, FL 34135-5419
18881317     +Lee County BOCC-EMS,    PO Box 552059,    Tampa, FL 33655-0001
18881319     +Midland Credit Management,    Po Box 939019,    San Diego, CA 92193-9019
18957175     +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,     San Diego, CA 92123-2255
18881321      NCH HEALTH CARE SYSTEMS,    P.O. BOX 8569,    Naples, FL 34101-8569
18881320     +Naples Heart Rythm,    P.O. Box 166322,    Miami, FL 33116-6322
18940248     +Office of US Attorney,    Attn Civil Process Clerk,     400 North Tampa St Suite 3200,
               Tampa FL 33602-4774
18881323     +Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541-1067
18881324     +Professional Adjmnt Co,    14410 Metropolis Ave,     Fort Myers, FL 33912-4341
18881325     +Regence Health Centers, Inc,     9500 Bonita Beach Road,    Suite 310,
               Bonita Springs, FL 34135-4698
18881326     +Robin Roth PA,    P.O. Box 667838,    Miami, FL 33166-9406
18881327     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1590

The following entities were noticed by electronic transmission on Sep 02, 2010.
18964860      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2010 04:41:32      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH   43054-3025
18881309     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 02 2010 04:41:32      Discover Fin,
               Attention: Bankruptcy Department,     Po Box 3025,    New Albany, OH 43054-3025
18881314     +E-mail/Text: brown3@gulfcoastcollection.com                         Gulf Coast Collection,
               5630 Marquesas Cir,    Sarasota, FL 34233-3331
18881318     +E-mail/Text: resurgentbknotifications@resurgent.com                         Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
18881322     +E-mail/Text: bnc@nordstrom.com                         Nordstrom FSB,
               Attention:  Bankruptcy Department,    Po Box 6555,    Englewood, CO 80155-6555
18955356     +E-mail/Text: bnc@nordstrom.com                         Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +CitiFinancial, Inc,    P O Box 140489,    Irving, TX 75014-0489
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 113A-9          User: bugayd           Page 2 of 2            Date Rcvd: Sep 01, 2010
Case: 10-19533                Form ID: pdfdoc        Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**                        **Signature:**    *Joseph Speetjens*